**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7841**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ANTONIO OWENS, a/k/a Tonio,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, Senior
District Judge.  (3:02-cr-00548-CMC-26)

———————

Submitted: March 17, 2016        Decided:  March 22, 2016

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Antonio Owens, Appellant Pro Se.    Beth Drake, John C.
Potterfield, Jane Barrett Taylor, Assistant United States
Attorneys, Columbia, South Carolina, Carrie Fisher Sherard,
Leesa Washington, Assistant United States Attorneys, Greenville,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Owens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Owens, No. 3:02-cr-00548-CMC-26 (D.S.C. Nov. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED